New York Central Railroad Company, Appellee, v. Philadelphia and Reading Coal & Iron Company, Appellant.

Gen. No. 23,278.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed April 16, 1918.

## Statement of the Case.

Action by the New York Central Railroad Company, successor to the Lake Shore & Michigan Southern Railway Company, a corporation, plaintiff, against the Philadelphia and Reading Coal & Iron Company, a corporation, defendant, to recover freight charges. From a judgment for plaintiff for $109.90, defendant appeals.

HOAG & ULLMANN, for appellant.

E. T. GLENNON, ROBERT J. CARY and BERTRAND WALKER, for appellee; F. W. FLOTT, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

CARRIERS, § 201a*—*when carrier not estopped to recover freight charges on interstate shipment from consignor.* Under the Federal Act to Regulate Commerce, approved February 4, 1887, a consignor of an interstate shipment is primarily liable for the freight charges thereon and can only be discharged by payment, and the carrier cannot be estopped from enforcing this liability by its extension of credit to another to whom the shipment is delivered by the consignor's orders and by its failure to notify the consignor of the nonpayment of the charges.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.